CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 0 2 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHNATHAN LEE X SMITH, et al., ) | |
| Plaintiffs, ) | Civil Action No. 7:09-cv-00266 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GENE M. JOHNSON, et al., ) | By: Samuel G. Wilson |
| Defendants. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Johnathan Lee X Smith is **DISMISSED without prejudice** as a plaintiff in this case pursuant to 28 U.S.C. §1915(g) and the Clerk is **DIRECTED** to **TERMINATE** him as a plaintiff on the docket.

The Clerk of the Court is **DIRECTED** to send certified copies of this Order and accompanying Memorandum Opinion to all plaintiffs.

**ENTER**: This 2nd day of October, 2009.

United States District Judge